RINALDO, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, General Term, First Department. June 14, 1895.) Action by Minnie Rinaldo against the Manhattan Railway Company and others. W. H. Godden, for appellants. E. M. Felt, for respondent.

PER CURIAM. After an examination of the evidence in this case it seems to us apparent that it does not justify the awards which have been made, either for rental damage or for fee damage. It seems to be doubtful whether, from the evidence, any such damage has been sustained. The judgment seems to rest upon inference rather than upon proof. We have endeavored to ascertain from the evidence some basis upon which a reduced amount might be awarded; but we have been unable to arrive at any conclusion based upon such evidence. It seems hardly necessary to discuss in detail the evidence, for the purpose of showing the particular points in which it is defective, as it seems to us, upon a consideration thereof, that it has little or no probative force. We are of opinion that the judgment appealed from must be reversed, and a new trial ordered, with costs to the appellant to abide the event.

ROEDIGER, Respondent, v. GLEASON et al., Appellants. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by August Roediger against Patrick J. Gleason and others. George W. Stephens, for appellants. H. Randolph Anderson, for respondent.

DYKMAN, J. This is an appeal from a judgment and order entered upon a decision of a justice of this court, after a trial at the special term. The judgment and order should be affirmed, with costs, upon the opinion of the trial judge. 33 N. Y. Supp. 447.

ROMAINE v. DECKER. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Frances J. Romaine against Annie Decker. No opinion. Reargument ordered.

ROOSEVELT et al., Respondents, v. LESLIE et al., Appellants. (Supreme Court, General Term, First Department. June 14, 1895.) Action by W. Emden Roosevelt and another against the American Veterinary College and William C. Leslie. W. H. Stockwell, for appellants. G. K. Yeaman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

ROSCOE WATER CO., Appellant, v. SIPPLE, Respondent. (Supreme Court, General Term, Third Department. July 6, 1895.) Action by the Roscoe Water Company against Louis Sipple. No opinion. Award and judgment affirmed, with costs.

RUPPERT v. BROOKLYN HEIGHTS R. CO. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Matthias Ruppert, as administrator of Joseph Ruppert, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur.

ST. LOUIS STAMPING CO., Appellant, v. PIPER, Respondent. (Supreme Court, General Term, First Department. June 14, 1895.) Action by the St. Louis Stamping Company against Elwin S. Piper. For decision at special term, see 33 N. Y. Supp. 443. A. v. Briesen, for appellant. Samuel Untermyer, for respondent.

PER CURIAM. We do not think that an injunction pendente lite ought to be granted. The order appealed from should be affirmed, with $10 costs and disbursements.

SCHAEFFER v. ERLENMAYER et al. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by Bernard Schaeffer against Henry Erlenmayer and others. No opinion. This motion is for Poughkeepsie. We cannot, therefore, grant the motion.

SCHOONMAKER v. BLASS. (Supreme Court, General Term, Second Department. June 14, 1895.) Action by Catherine Schoonmaker against Leonard Blass. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

SCHOUT, Appellant, v. CONKEY AVE. SAVING, AID & LOAN ASS'N, Respondent. (Supreme Court. General Term, Fifth Department. June, 1895.) Action by Daniel Schout, Jr., against the Conkey Avenue Saving, Aid & Loan Association. Herbert J. Stull, for appellant. H. Nelson Peck and Edwin McKnight, for respondent. No opinion. Judgment affirmed on opinion of Davy, J., at circuit. 32 N. Y. Supp. 713.

SCHUTT, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Superior Court of New York City, General Term. June, 1895.) Action by Peter S. Schutt against the Manhattan Railway Company and another. Davies, Short & Townsend (Julien T. Davies and A. T. Stoutenburgh. of counsel), for appellants. R. W. G. Welling (E. A. Hibbard, of counsel), for respondent.

GILDERSLEEVE, J. This is the ordinary equity action to restrain the operation of the elevated railroad of the defendants in front of the plaintiff's premises, and to procure an assessment of rental damages sustained by the plaintiff, as incidental to the main relief. The premises in question are situated on the west side of Greenwich street, between Vestry and Des-

brosses streets, and are 41 feet 8 inches on Greenwich street, by 80 feet in depth. The property consists of two adjoining brick buildings, and two actions were originally brought, but, prior to the trial, were duly consolidated into one action. The trial court fixed the sum to be paid by the defendants to avoid an injunction at $4,000, and awarded the sum of $2,543 for rental damages. The learned trial judge seems to have been guided by, and applied, correct rules of law in disposing of the issues raised, and of the motions presented for his consideration. The award for rental damages and the assessment fixed as a condition of avoiding the injunction are fully justified by the attorney. We can find no reason for disturbing the judgment. It should be affirmed, with costs to the respondent.